United States District Court
Southern District of Texas
**ENTERED**
July 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FLO MULLINGS, § § § Plaintiff, § VS. § § § OUTPATIENT SERVICES HOLDINGS § INC; dba HCA HOUSTON § HEALTHCARE WEST; fka WEST § HOUSTON MEDICAL CENTER, § § Defendants. § | CIVIL ACTION NO. 4:20-CV-1460 |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, this 7th day of July, 2020.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE